NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SIPCO, LLC,**
*Appellant*

**v.**

**EMERSON ELECTRIC CO.,**
*Appellee*

_____

2018-1986

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00001.

_____

**JUDGMENT**

_____

GREGORY J. GONSALVES, Gonsalves Law Firm, Falls Church, VA, argued for appellant. Also represented by JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC.

JAMES LAWRENCE DAVIS, JR., Ropes & Gray LLP, East Palo Alto, CA, argued for appellee. Also represented by JAMES RICHARD BATCHELDER; DOUGLAS HALLWARD-DRIEMEIER, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2019       /s/ Peter R. Marksteiner

Date            Peter R. Marksteiner

Clerk of Court